■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO LOPEZ, Appellant. [995 NYS2d 506]—

Order, Supreme Court, New York County (Daniel P. FitzGerald, J.), entered on or about February 22, 2013, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in declining to grant a downward departure (*see People v Cintron*, 12 NY3d 60, 70 [2009], *cert denied* 558 US 1011 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). Defendant failed to demonstrate by a preponderance of the evidence any mitigating factors not already taken into account in the risk assessment instrument that would warrant such a departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The underlying conduct was committed against a child over an extended period, and the mitigating factors cited by defendant, including his age, do not warrant a downward departure (*see e.g. People v Harrison*, 74 AD3d 688 [1st Dept 2010], *lv denied* 15 NY3d 711 [2010]). Concur—Tom, J.P., Renwick, Andrias, DeGrasse and Kapnick, JJ.